UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

XAVIER WATKINS,

   Plaintiff,

  v.           Case No. 20-C-383

MICHAEL LUENEBURG, et al.,

   Defendants.

---

## ORDER

---

  Plaintiff Xavier Watkins, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. The court entered a screening order finding that the complaint violated Rules 18 and 20 of the Federal Rules of Civil Procedure but allowed Plaintiff until June 4, 2020, to file an amended complaint curing the defects identified by the court. Dkt. No. 12. Plaintiff was warned that failure to make a timely submission would result in the dismissal of the action. *Id.* To date, Plaintiff has failed to file an amended complaint and the time to do so has expired. Accordingly, this case is dismissed. The Clerk is directed to enter judgment accordingly.

  **SO ORDERED** at Green Bay, Wisconsin this 9th day of June, 2020.

                s/ William C. Griesbach
                William C. Griesbach, District Judge
                United States District Court